STATE on the relation of JOHN N. WHITFORD and wife *v.* WILLIAM FOY.

(Same Syllabus as in the next preceding case.)

The facts of this case are the same as those of the preceding. The defendant appealed from the same rulings against him and the decision of this Court is the same, the CHIEF JUSTICE referring to his opinion in that case as his opinion in this.